**E-FILING**

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

AMY J. NELSON (OKBN 19898)
Special Assistant United States Attorney

    Defense Language Institute – Criminal Law
    1336 Plummer Street, Building 275
    Monterey, CA 93944
    Telephone: (831) 242-4537

Attorneys for Plaintiff

**Filed**

FEB 2 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: CR-08 00126 HRL |
| Plaintiff, | VIOLATION: 18 U.S.C. § 13, assimilating California Vehicle Code § 12031(a)(1) – Carrying a Loaded Firearm |
| vs. | |
| JOSEPH M. SANTILLAN, | |
| Defendant. | |

INFORMATION

The United States Attorney charges:

COUNT ONE:    (18 U.S.C. § 13, assimilating California Vehicle Code § 12031(a)(1) – Carrying a loaded firearm)

On or about August 25, 2007, at Fort Hunter Liggett, in the County of Monterey, Northern District of California, an area within the special maritime and territorial jurisdiction of the United States, the defendant,

JOSEPH M. SANTILLAN,

1

1  did unlawfully carry a loaded firearm in a vehicle while on a public street in a prohibited area of
2  unincorporated territory, in violation of Title 18, United States Code, Section 13, assimilating
3  California Vehicle Code Section 12031(a)(1), a Class A misdemeanor.
4  DATED: 2/21/08

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID R. CALLAWAY
Assistant United States Attorney

10  (Approved as to form: _____ )
11  SAUSA Nelson

**E-FILING**

**Filed**

FEB 2 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

◈AO 257 (Rev. 9/92)

PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  — Name of District Court, and/or Judge/Magistrate Judge Location (City)
Northern District of California

**CR-08 00126 HRL**

**OFFENSE CHARGED**
See Attached

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

Place of offense: Fort Hunter Liggett, CA

U.S.C. Citation: See attached sheet

**DEFENDANT -- U.S. vs.**
JOSEPH M. SANTILLAN

Address: 2532 Walnut Grove
Rosemead, CA 91770

Birth Date: 
☑ Male   ☐ Alien
☐ Female   (if applicable)
(Optional unless a juvenile)

---

**PROCEEDING**
Name of Complainant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: Scott N. Schools
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Amy J. Nelson, SAUSA

**DEFENDANT**
**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding. If not detained, give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
Northern District of California, FHL PD

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes," give date filed: Mo. Day Year

DATE OF ARREST: 
Or . . . if Arresting Agency & Warrant were not Federal
Mo. Day Year

DATE TRANSFERRED TO U.S. CUSTODY: 

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS: Summons for arraignment

To appear before Judge Lloyd on April 7, 2008 at 9:30am
US District Court, located at 1000 South Main Street, #214, Salinas, CA 93901

## ATTACHMENT TO PENALTY SHEET
## U.S. v. SANTILLAN

**COUNT ONE:** 18 USC 13 assimilating CVC 12031(a)(1) – Carrying a loaded firearm

    Penalties:    Minimum Penalties: N/A

                     Maximum Penalties:
                     One year imprisonment in county jail; and $1000.00 fine