AO83 (Rev. 12/85) Summons in a Criminal Case

# RETURN OF SERVICE

Service was made by me on:[1]  Date  ~~03/08/08~~ 03/08/08

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☒ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: Received acknowledgement of service. Service on 03/08/08

☐ Returned unexecuted: _____

**EXECUTED**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   03/28/2008
              Date

F. Rocha
Name of United States Marshal

(by) Deputy United States Marshal

Remarks:
03/28/2008 Received acknowledgement of service. Service on 03/08/2008.

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.