1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  ROBERT N. MICHAELS (PABN 200918)
   Special Assistant United States Attorney
5
        Defense Language Institute – Criminal Law
6       1336 Plummer Street, Building 275
        Monterey, CA  93944
7       Telephone: (831) 242-4537
        FAX: (831) 242-5198
8
   Attorneys for Plaintiff
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            SALINAS DIVISION

13 | UNITED STATES OF AMERICA,        ) Criminal No.: CR-08-00126-HRL
                                      )
14 |         Plaintiff,                ) STIPULATION AND [PROPOSED]
                                      ) ORDER EXCLUDING TIME
15 |    vs.                            )
                                      )
16 | JOSEPH M. SANTILLAN,             )
                                      )
17 |         Defendant.                )
                                      )
18

19     On April 7, 2008, the parties in this case appeared before the Court for a status hearing.  The
20 parties jointly requested that the case be continued from April 7, 2008, until June 2, 2008 at 9:30
21 a.m., in order to allow time for defendant's new counsel to review the case information.  In
22 addition, the parties requested an exclusion of time under the Speedy Trial Act, from April 7,
23 2008 to 2 June, 2008 at 9:30 a.m.  The parties agree and stipulate that an exclusion of time is
24 appropriate based on the defendant's need for effective preparation of counsel.

25

26

SO STIPULATED:                               JOSEPH P. RUSSONIELLO
                                             United States Attorney


DATED: 10 April 2008                              /s/
                                             ROBERT N. MICHAELS
                                             Special Assistant United States Attorney


DATED:  10 April 2008                             /s/
                                             MANUEL ARAUJO
                                             Counsel for SANTILLAN


## ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from April 7, 2008 to June 2, 2008.  The Court finds, based on the aforementioned reasons, that the ends of justice are served by granting the requested continuance and outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

SO ORDERED.


DATED:_____

                                             HOWARD R. LLOYD
                                             United States Magistrate Judge