JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ROBERT N. MICHAELS (PABN 200918)
Special Assistant United States Attorney

      Defense Language Institute – Criminal Law
      1336 Plummer Street, Building 275
      Monterey, CA  93944
      Telephone: (831) 242-4537
      FAX: (831) 242-5198

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No.: CR-08-00126-HRL |
| | ) | |
| Plaintiff, | ) | SECOND STIPULATION AND |
| | ) | [PROPOSED] ORDER EXCLUDING TIME |
| vs. | ) | |
| | ) | |
| JOSEPH M. SANTILLAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On June 2, 2008, the parties in this case appeared before the Court for a status hearing.  The parties jointly requested that the case be continued from June 2, 2008, until August 4, 2008 at 9:30 a.m., in order to allow time for defendant's counsel to prepare for the case.  In addition, the parties requested an exclusion of time under the Speedy Trial Act, from June 2, 2008 to August 4, 2008 at 9:30 a.m.  The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

SO STIPULATED:                          JOSEPH P. RUSSONIELLO
                                        United States Attorney


DATED: 5 June 2008                      _____/S/_____
                                        ROBERT N. MICHAELS
                                        Special Assistant United States Attorney


DATED:                                  _____/S/_____
                                        NICK HUMY
                                        Counsel for SANTILLAN


                                   ORDER

    Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded

under the Speedy Trial Act from June 2, 2008 to August 4, 2008.  The Court finds, based on the

aforementioned reasons, that the ends of justice are served by granting the requested continuance

and outweigh the best interest of the public and the defendant in a speedy trial.  The failure to

grant the requested continuance would deny defense counsel reasonable time necessary for

effective preparation, taking into account the exercise of due diligence, and would result in a

miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made

under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

SO ORDERED.


DATED:_____                   _____
                                        HOWARD R. LLOYD
                                        United States Magistrate Judge

SECOND STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CASE NO: CR-08-00126-HRL