1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  ROBERT N. MICHAELS (PABN 200918)
   Special Assistant United States Attorney
5
      Defense Language Institute – Criminal Law
6     1336 Plummer Street, Building 275
      Monterey, CA 93944
7     Telephone: (831) 242-4537
      FAX: (831) 242-5198
8
   Attorneys for Plaintiff
9

**RECEIVED**
JUN 20 2008

**FILED**
JUN 23 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

10              UNITED STATES DISTRICT COURT
11             NORTHERN DISTRICT OF CALIFORNIA
12                    SALINAS DIVISION

13 UNITED STATES OF AMERICA,            ) Criminal No.: CR-08-00126-HRL
                                         )
14         Plaintiff,                    ) SECOND STIPULATION AND
                                         ) [PROPOSED] ORDER EXCLUDING TIME
15      vs.                              )
                                         )
16 JOSEPH M. SANTILLAN,                  )
                                         )
17         Defendant.                    )
                                         )
18

19      On June 2, 2008, the parties in this case appeared before the Court for a status hearing. The
20 parties jointly requested that the case be continued from June 2, 2008, until August 4, 2008 at
21 9:30 a.m., in order to allow time for defendant's counsel to prepare for the case. In addition, the
22 parties requested an exclusion of time under the Speedy Trial Act, from June 2, 2008 to August
23 4, 2008 at 9:30 a.m. The parties agree and stipulate that an exclusion of time is appropriate
24 based on the defendant's need for effective preparation of counsel.
25
26

1
SECOND STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CASE NO: CR-08-00126-HRL

| | | |
|---|---|---|
| 1 | SO STIPULATED: | JOSEPH P. RUSSONIELLO |
| 2 | | United States Attorney |

DATED: 5 June 2008

ROBERT N. MICHAELS
Special Assistant United States Attorney

DATED: 6/19/08

NICK HUMY
Counsel for SANTILLAN

ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from June 2, 2008 to August 4, 2008. The Court finds, based on the aforementioned reasons, that the ends of justice are served by granting the requested continuance and outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 6/23/08

HOWARD R. LLOYD
United States Magistrate Judge