AO 86A (Rev. 4/91) Consent to Proceed—Misdemeanor

# United States District Court

__Northern__ DISTRICT OF __California__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Joseph Santilla | CONSENT TO PROCEED BEFORE<br>UNITED STATES MAGISTRATE JUDGE<br>IN A MISDEMEANOR CASE<br><br>CASE NUMBER: CR 08-00126-HRL |

FILED
AUG - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

The United States magistrate judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate judge has informed me of my right to the assistance of legal counsel. The magistrate judge has informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate judge.

I HEREBY: Waive (give up) my right to trial, judgment, and sentencing before a United States district judge, and I consent to trial, judgment and sentencing before a United States magistrate judge.

X _____,
Defendant

## WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate judge has advised me of my right to trial by jury.

I HEREBY: Waive (give up) my right to trial by jury. _____
Defendant

Consented to by United States _____
Signature

_____
Name and Title

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate judge has also advised me of my right to have at least thirty days to prepare for trial before the magistrate judge.

I HEREBY: Waive (give up) my right to have at least thirty days to prepare for trial.

X _____,
Defendant

_____          Approved By: _____
Defendant's Attorney (if any)                                         U.S. Magistrate Judge